EASTERN DIST.
*April,* 1839.

GEORDANO
*vs.*
THOMAS ET AL.

---

GEORDANO *vs.* THOMAS ET AL.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT, JUDGE WATTS PRESIDING.

No appeal lies from an order of court dismissing a supplemental petition.

This is an action against the endorsers of a promissory note. The petition alleges that the note was protested at maturity, for non-payment, and due notice thereof given to the endorsers.

EASTERN DIST.   The defendant, Thomas, excepted to being sued separately
*April*, 1839.  from the drawer, as a hardship, and prayed to be dismissed.

CHANDLER ET AL.   He answered and averred, that the note sued on was given
*vs.*    for part of the price of a lot of ground, and that he endorsed
BARKER.  it as surety, and is entitled to the benefit of discussion, etc.

The plaintiff discontinued as to one of the endorsers, and had leave to file a supplemental petition as to another, and the defendant, Thomas, prayed for a jury.

The counsel for the defendants came into court, and had the order admitting the supplemental petition set aside, and the plaintiff appealed.

*D. Seghers,* for the plaintiff.

*Grymes, contra.*

*Eustis, J.,* delivered the opinion of the court.

This is an appeal from an order of the court below, dismissing a supplemental petition filed by the plaintiff. We are of opinion that no appeal lies from a decree of this description.

The appeal is, therefore, dismissed with costs.